L. Bishop Austin (SBN 175497)
L. Bishop Austin & Associates
3250 Wilshire Blvd., Ste 1500
Los Angeles, CA 90010
Telephone (213) 388-4939   Facsimile (213) 388-2411
Email: lbishopbk@yahoo.com
Attorney for Debtor(s)/Movant(s)

## UNITED STATES BANKRUPTCY COURT

### CENTRAL DISTRICT OF CALIFORNIA –RIVERSIDE DIVISION

| | |
|---|---|
| *IN RE* <br><br> Wilfrido Martinez Ledezma and Maria De Lourdes Ledesma <br><br><br><br><br><br><br><br><br><br><br><br> Debtors/Movants | ) Chapter 13 <br> ) Case No. 6:09-BK-39436-CB <br> ) <br> ) NOTICE OF CONTINUED HEARING ON <br> ) DEBTORS' MOTION AND MOTION <br> ) FOR VALUATION OF SECURITY, <br> ) DETERMINATION OF SECURED <br> ) STATUS, AVOIDANCE OF LIEN, AND <br> ) MODIFICATION OF RIGHTS OF <br> ) LIENHOLDER CITIBANK, N.A.; AND <br> ) PERMISSION TO BE EXCUSED FROM <br> ) MAKING FURTHER POST-PETITION <br> ) MORTGAGE PAYMENTS TO <br> ) RESPONDENT, CITIBANK, N.A., THE <br> ) SECOND DEED OF TRUST HOLDER <br> ) ONLY, ITS ASSIGNEES, TRANSFEREES <br> ) AND/OR SUCCESSOR(S) IN INTEREST; <br> ) MEMORANDUM OF POINTS AND <br> ) AUTHORITIES, DECLARATIONS IN <br> ) SUPPORT THEREOF <br> ) <br> ) 11 U.S.C. §§506(a) and 1322(b); FRBP 3012 <br> ) <br> ) Date :       April 29, 2010 <br> ) Time:        01:30 PM <br>    Location:   3420 Twelfth St., <br>                    Riverside, CA 92501 <br>    Courtroom: 303 |

**TO THE HONORABLE CATHERINE BAUER, UNITED STATES BANKRUPTCY JUDGE; ROD SB DANIELSON, CHAPTER 13 TRUSTEE; CITIBANK, N.A. (2ND TD)**

RESPONDENT; AND ALL OTHER INTERESTED PARTIES:

**PLEASE TAKE NOTICE** that on April 29, 2010 at 1:30 PM or as soon thereafter as the matter may be heard, in Courtroom 303 of the above-entitled court, located at 3420 Twelfth St., Riverside, CA 92501, Debtor Wilfrido Martinez Ledezma and Maria De Lourdes Ledesma, through undersigned counsel, L Bishop Austin, will move the Honorable Court for a valuation of security under Rule 3012 of the Federal Rules of Bankruptcy Procedure, determination of secured status under 11 United States Code § 506(a) ad avoidance of lien and modification of the rights of lienholder under 11 United States Code §1322(b)(2).

This motion is based upon this notice, the attached memorandum of points and authorities, and Declaration of Debtor Wilfrido Martinez Ledezma and Maria De Lourdes Ledesma, and Declaration of California Licensed Real Estate Appraiser as well as the records and files in this action, and such other evidence as may be presented at the hearing on this matter.

**Pursuant to Local Rule 9013-1(1)(g), any response to this motion shall be filed with the Clerk of the Court and served on all interest parties no later than fourteen (14) days prior to the above hearing date. Failure to do so may be deemed as a waiver of the objection to the foregoing.**

Dated: March 26, 2010                   Respectfully submitted,

                                        /s/
                                        L Bishop Austin, SBN 175497
                                        Attorney for Debtor
                                        Wilfrido Martinez Ledezma
                                        and Maria De Lourdes Ledesma

WILFRIDO MARTINEZ LEDESMA
824 S PRIMROSE AVE
RIALTO, CA 92376

MARIA DE LOURDES LEDESMA
824 S PRIMROSE AVE
RIALTO, CA 92376

LEROY BISHOP AUSTIN
3250 WILSHIRE BLVD STE 1500
LOS ANGELES, CA 90010-1502

ROD (SB) DANIELSON
4361 LATHAM STREET, SUITE 270
RIVERSIDE, CA 92501

CITIBANK, N.A.
ATTN.: PRESIDENT OR GENERAL DIRECTOR
100 CITIBANK DRIVE
SAN ANTONIO, TX 78245

CITIBANK, N.A.
ATTN.: PAYOFFS
4740 121ST STREET
URBANDALE, IA 50323

CITIBANK CORRESPONDANCE DEPARTMENT
ATTN.: CONSUMER DEFAULT
1000 TECHNOLOGY DRIVE MS 514
O'FALLON, MO 63368-2240

Agent for Service of Process
C T CORPORATION SYSTEM
818 WEST SEVENTH ST
LOS ANGELES, CA 90017

CITIGROUP INVESTMENTS INC.
3800 CITIGROUP CENTER DR
TAMPA, FL 33610