L. Bishop Austin (SBN 175497)
L. Bishop Austin & Associates
3250 Wilshire Blvd., Ste 1500
Los Angeles, CA 90010
Telephone (213) 388-4939   Facsimile (213) 388-2411
Email: lbishopbk@yahoo.com
Attorney for Debtor(s)/Movant(s)

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA –RIVERSIDE DIVISION

| | |
|---|---|
| IN RE<br><br>Wilfrido Martinez Ledezma and Maria De Lourdes Ledesma<br><br><br><br><br><br><br><br><br>Debtors/Movants | ) Chapter 13<br>) Case No. 6:09-BK-39436-CB<br>)<br>) NOTICE OF CONTINUED HEARING ON<br>) DEBTORS' MOTION AND MOTION<br>) FOR VALUATION OF SECURITY,<br>) DETERMINATION OF SECURED<br>) STATUS, AVOIDANCE OF LIEN, AND<br>) MODIFICATION OF RIGHTS OF<br>) LIENHOLDER CITIBANK, N.A.; AND<br>) PERMISSION TO BE EXCUSED FROM<br>) MAKING FURTHER POST-PETITION<br>) MORTGAGE PAYMENTS TO<br>) RESPONDENT, CITIBANK, N.A., THE<br>) SECOND DEED OF TRUST HOLDER<br>) ONLY, ITS ASSIGNEES, TRANSFEREES<br>) AND/OR SUCCESSOR(S) IN INTEREST;<br>) MEMORANDUM OF POINTS AND<br>) AUTHORITIES, DECLARATIONS IN<br>) SUPPORT THEREOF<br>)<br>) 11 U.S.C. §§506(a) and 1322(b); FRBP 3012<br>)<br>) Date :      April 29, 2010<br>) Time:      01:30 PM<br>    Location:   3420 Twelfth St.,<br>                   Riverside, CA 92501<br>    Courtroom:  303 |

TO THE HONORABLE CATHERINE BAUER, UNITED STATES BANKRUPTCY

JUDGE; ROD SB DANIELSON, CHAPTER 13 TRUSTEE; CITIBANK, N.A. (2ND TD)

RESPONDENT; AND ALL OTHER INTERESTED PARTIES:

**PLEASE TAKE NOTICE** that on April 29, 2010 at 1:30 PM or as soon thereafter as the matter may be heard, in Courtroom 303 of the above-entitled court, located at 3420 Twelfth St., Riverside, CA 92501, Debtor Wilfrido Martinez Ledezma and Maria De Lourdes Ledesma, through undersigned counsel, L Bishop Austin, will move the Honorable Court for a valuation of security under Rule 3012 of the Federal Rules of Bankruptcy Procedure, determination of secured status under 11 United States Code § 506(a) ad avoidance of lien and modification of the rights of lienholder under 11 United States Code §1322(b)(2).

This motion is based upon this notice, the attached memorandum of points and authorities, and Declaration of Debtor Wilfrido Martinez Ledezma and Maria De Lourdes Ledesma, and Declaration of California Licensed Real Estate Appraiser as well as the records and files in this action, and such other evidence as may be presented at the hearing on this matter.

**Pursuant to Local Rule 9013-1(1)(g), any response to this motion shall be filed with the Clerk of the Court and served on all interest parties no later than fourteen (14) days prior to the above hearing date. Failure to do so may be deemed as a waiver of the objection to the foregoing.**

Dated: March 26, 2010                    Respectfully submitted,

                                         _____
                                         L Bishop Austin, SBN 175497
                                         Attorney for Debtor
                                         Wilfrido Martinez Ledezma
                                         and Maria De Lourdes Ledesma

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am over the age of 18 and not a party to the within action. My business mailing address is: 3250 Wilshire Blvd., Ste 1500, Los Angeles, CA 90010

On March 26, 2010, I served the following document described as **NOTICE OF CONTINUED HEARING DEBTOR'S MOTION AND MOTION FOR VALUATION OF SECURITY, DETERMINATION OF SECURED STATUS, AVOIDANCE OF LIEN, AND MODIFICATION OF RIGHTS OF LIENHOLDER** Citibank, N.A.; **AND PERMISSION TO BE EXCUSED FROM MAKING FURTHER POST-PETITION MORTGAGE PAYMENTS TO RESPONDENT,** Citibank, N.A., **THE SECOND DEED OF TRUST HOLDER ONLY, ITS ASSIGNEES, TRANSFEREES AND/OR SUCCESSOR(S) IN INTEREST; MEMORANDUM OF POINTS AND AUTHORITIES, DECLARATIONS IN SUPPORT THEREOF** on all interested parties in this action by placing [ X ] a true copy [ ] the original thereof enclosed in sealed envelopes addressed as follows:

*Please See Attached Mailing List*

[ X ] **BY MAIL:** I enclosed a copy in separate envelopes, with postage fully prepaid, addressed to each addressee named below, and deposited each sealed envelope with the United States Postal Service in Los Angeles, California, for delivery as addressed above.

[ ] **BY OVERNIGHT SHIPPING:** I caused such envelope(s) to be delivered via the above-checked shipper to the addressee(s) designated herein.

[ ] **BY HAND DELIVERY:** I caused such envelope(s) to be delivered by hand to the addressee(s) designated.

[ ] **BY FACSIMILE:** I caused said documents(s) to be transmitted to the facsimile number(s) of the addressee(s) designated as follows:

[ ] **BY ELECTRONIC MAIL:** I caused said documents(s) to be transmitted to the electronic mail address(s) of the addressee(s) designated as follows:

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on March 26, 2010, at Los Angeles, California.

_____
Moises Lopez

Case 6:09-bk-39436-CB    Doc 26    Filed 04/17/10    Entered 04/17/10 13:17:02    Desc
                    Main Document      Page 4 of 4

WILFRIDO MARTINEZ LEDESMA
824 S PRIMROSE AVE
RIALTO, CA 92376

MARIA DE LOURDES LEDESMA
824 S PRIMROSE AVE
RIALTO, CA 92376

LEROY BISHOP AUSTIN
3250 WILSHIRE BLVD STE 1500
LOS ANGELES, CA 90010-1502

ROD (SB) DANIELSON
4361 LATHAM STREET, SUITE 270
RIVERSIDE, CA 92501

CITIBANK, N.A.
ATTN.: PRESIDENT OR GENERAL DIRECTOR
100 CITIBANK DRIVE
SAN ANTONIO, TX 78245

CITIBANK, N.A.
ATTN.: PAYOFFS
4740 121ST STREET
URBANDALE, IA 50323

CITIBANK CORRESPONDANCE DEPARTMENT
ATTN.: CONSUMER DEFAULT
1000 TECHNOLOGY DRIVE MS 514
O'FALLON, MO 63368-2240

Agent for Service of Process
C T CORPORATION SYSTEM
818 WEST SEVENTH ST
LOS ANGELES, CA 90017

CITIGROUP INVESTMENTS INC.
3800 CITIGROUP CENTER DR
TAMPA, FL 33610